UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:12-CR-1(01)RM |
| | ) | |
| BRANDON A. BIRCHMEIER | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on March 14, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 17], ACCEPTS defendant Brandon Birchmeier's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  April 4, 2012 

                                       /s/ Robert L. Miller, Jr.
                                 Judge, United States District Court